# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-22-00711-CV

**Jeremy Ryan Atkinson, Appellant**

**v.**

**The State of Texas, Appellee**

### FROM THE 395TH DISTRICT COURT OF WILLIAMSON COUNTY
### NO. 20-0132-PO395, THE HONORABLE RYAN D. LARSON, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant filed a notice of appeal in November 2022 purporting to appeal from an order or judgment signed by the trial court in 2020. Generally, in a civil case, an appeal from a final judgment must be filed within 30 days after the judgment is signed. *See* Tex. R. App. P. 26.1. On January 9, 2023, this Court sent notice to appellant that this appeal would be dismissed if within 10 days of our notice, he did not provide this Court with proof of timely mailing the notice of appeal. *See id.* R. 9.2(b). More than ten days have elapsed, and we have received no response from appellant. Because appellant did not timely file his notice of appeal, we do not have jurisdiction and, therefore, dismiss this appeal. *See id.* R. 42.3(a).

_____

Rosa Lopez Theofanis, Justice

Before Chief Justice Byrne, Justices Triana and Theofanis

Dismissed for Want of Jurisdiction

Filed:   January 25, 2023